United States District Court
Southern District of Texas
**ENTERED**
August 04, 2025
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

### CIVIL ACTION NO. 4:25-cv-02967
### Gamez Lopez v. U.S. Department of Homeland Security et al

ORDER FOR CONFERENCE AND
DISCLOSURE OF INTERESTED PARTIES

1.    Counsel and all parties appearing pro se shall appear for an initial pretrial and scheduling conference before

**JUDGE YVONNE Y. HO**
**on October 10, 2025**
**at 10:30 AM**
**(Virtual)**

2.    Counsel shall file with the clerk, within fifteen days from receipt of this order, a certificate listing all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation. If a group can be specified by a general description, individual listing is not necessary. Underline the name of each corporation whose securities are publicly traded. If new parties are added or if additional persons or entities that are financially interested in the outcome of the litigation are identified at any time during the pendency of this litigation, then each counsel shall promptly file an amended certificate with the clerk.

3.    After the parties confer (in person or by telephone) as required by Fed. R. Civ. P. 26(f), counsel and all parties appearing pro se shall prepare and file, **at least 10 days before the conference,** a joint discovery/case management plan containing the information as required by Fed. R. Civ. P. 26(f), using the form available at http://www.txs.uscourts.gov/sites/txs/files/ahb_jdcmp.pdf.

4.    Counsel **must complete and file the attached proposed scheduling order** with the joint discovery/case management plan. The court will sign the agreed scheduling order and may rule on any pending motions at the conference.

5.     Counsel and all parties appearing pro se who file or remove an action must serve a copy of this order with the summons and complaint or with the notice of removal.

6.     Attendance by an attorney who has authority to bind each represented party is required at the conference.

7.     Counsel and all parties appearing pro se shall discuss whether alternative dispute resolution is appropriate and at the conference advise the court of the results of their discussions.

8.     Counsel and all parties appearing pro se will deliver to chambers copies of all instruments filed within 7 days of the conference and within 7 days of any future court hearing or conference. Unless this rule is complied with the court will not consider any instrument filed within 7 days of any court appearance.

9.     Fed. R. Civ. P. 4(m) requires defendant(s) to be served within 90 days after the filing of the complaint. The failure of plaintiff(s) to file proof of service within 90 days after the filing of the complaint may result in dismissal of this action by the court on its own initiative.

10.    Counsel will deliver to chambers copies of all instruments filed under seal regardless of their length.

11.    Failure to comply with this order may result in sanctions, including dismissal of the action and assessment of fees and costs.


**By Order of the Court**


**Court Procedures:** Information on the court's practices and procedures and how to reach court personnel may be obtained at the Clerk's website at www.txs.uscourts.gov or from the intake desk of the Clerk's office.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

|  |  |  |
|---|---|---|
| _____, | § | |
| | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | Case No. 4:\_\_-cv-\_\_\_\_\_ |
| v. | § | |
| | § | |
| _____, | § | |
| | § | |
| *Defendant.* | § | |
| | § | |

## <u>PROPOSED SCHEDULING ORDER</u>

1.   _____   **AMENDMENTS TO PLEADINGS AND ADDITION OF NEW PARTIES**
Party requesting joinder will furnish a copy of this scheduling order to new parties.

**EXPERTS**

2a.   _____   Plaintiff, or party with the burden of proof, will designate expert witnesses in writing, listing the qualifications of each expert, the opinions the expert will present, and the bases for the opinions as required under Federal Rule of Civil Procedure 26(A)(2).

2b.   _____   Defendant, or party without the burden of proof, will designate expert witnesses in writing, listing the qualifications of each expert, the opinions the expert will present, and the bases for the opinions as required under Federal Rule of Civil Procedure 26(A)(2).

**DISCOVERY**

3. _____ Counsel may, by agreement continue discovery beyond the deadline. No continuance will be granted because of information acquired in post−deadline discovery.

**MOTIONS DEADLINE**

4. _____ Including any motion challenging an expert witness (only motions in limine on issues other than experts may be filed after this date). The motion deadline may not be changed by agreement.

**JOINT PRETRIAL ORDER**

5a. <u>To be determined by the Court.</u> THE DEFENDANT shall supply the Plaintiff with a final version of its pretrial order by this date. (Where available, Defendant should supply Plaintiff with an electronic copy.)

5b. <u>To be determined by the Court.</u> THE PLAINTIFF is responsible for filing the pretrial order on this date. All Motions in Limine must also be filed by this date.

6. <u>To be determined by the Court.</u> **DOCKET CALL** is set at 1:30 p.m. in Courtroom 9A

7. <u>To be determined by the Court.</u> **TRIAL** is set at 9:00 a.m. in Courtroom 9A.

The Clerk shall enter this Order and provide a copy to all parties.

Signed on _____, at Houston, Texas.

_____

Yvonne Y. Ho
United States Magistrate Judge

2